United States District Court
Southern District of Texas

**ENTERED**

May 14, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

KAZEM N. Z.,
  "Petitioner,"

v.

MICHAEL BARRON, *et al.*,
  "Respondents."

§
§
§
§
§
§
§
§
§

Civil Action No. 1:26-cv-00126

## ORDER

Before the Court is Petitioner's "Emergency Amended Petition for Writ of Habeas Corpus" (Dkt. No. 11) ("Petition"), Respondents' "Response to Amended Petition for Writ of Habeas Corpus and Motion for Summary Judgment" (Dkt. No. 15) ("MSJ"), "Petitioner's Reply to Government's Response and Motion for Summary Judgment" (Dkt. No. 16) ("Reply"), the Magistrate Judge's "Report and Recommendation to Grant Petitioner's Habeas Petition" (Dkt. No. 17) ("R&R"), and "Respondents' Objection to April 22, 2026, Report and Recommendation" (Dkt. No. 18) ("Objection").

The R&R recommends that the Court grant the Petition (Dkt. No. 11) and deny the MSJ (Dkt. No. 15). Dkt. No. 17 at 3. The recommended relief includes the issuance of an order (1) directing Respondents to release Petitioner subject to supervision and (2) instructing Respondents to provide a status update verifying such relief. *Id.* On May 6, 2026, Respondents filed their Objection, contending only that "the Magistrate Judge erred for the reasons set forth by Respondents in their briefing previously filed with the court." Dkt. No. 18 at 1.

Objections must specifically identify those findings or recommendations to which objections are being made; the Court need not consider frivolous, conclusive, or general objections. *Battle v. United States Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987).

Because Respondents fail to object to any specific factual finding or legal conclusion that would necessitate de novo review, the Court reviews the R&R for clear error.[1] After such review, the Court **ADOPTS** the R&R (Dkt. No. 15).

---

[1] "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72(b), Advisory Comm. Note (1983).

Accordingly, the Petition (Dkt. No. 11) is **GRANTED** and the MSJ (Dkt. No. 15) is **DENIED**. Respondents are **ORDERED** to release Petitioner subject to supervision. It is further **ORDERED** that by no later than **May 27, 2026**, Respondents shall submit a status report confirming their compliance with this Order.

Signed on this 14th day of May 2026.

_____
Rolando Olvera
United States District Judge