United States District Court
Southern District of Texas

**ENTERED**

May 28, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| KAZEM N.Z.,<br>    "Petitioner," | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action No. 1:26-cv-00126 |
| MICHAEL BARRON, *et al.*,<br>    "Respondents." | §<br>§<br>§<br>§ | |

## ORDER

The Court previously granted Petitioner's habeas petition and kept the case open pending a status report from Respondents confirming their compliance with the Court's order. *See* Dkt. No. 19. Because that report has been filed, *see* Dkt. No. 20, the Clerk of the Court is hereby **ORDERED** to close this case.

SIGNED this May 28, 2026

Rolando Olvera
United States District Judge

1 / 1